ADELINE HOFF BOYNTON, Appellant, v. W. CAREY TAYLOR and JOHN S. SHEDDEN, as Executors, etc., of ARNOLD H. ELLIS, Deceased, Respondents.— Decree unanimously affirmed, with costs.

AMOS W. BALL, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion denied, with leave to renew in case the plaintiff appeals.

CROCKER PEN COMPANY, Respondent, v. FRED P. CARTER, Appellant.— Judgment unanimously affirmed, with costs.

GEORGE H. CLIFFORD, Respondent, v. VASCO P. ABBOTT, Appellant.— Motion denied.

CATHERINE DRISCOLL and Others, Respondents, v. AMERICAN HIDE AND LEATHER COMPANY and VILLAGE OF BALLSTON SPA, N. Y., Appellants.— Judgment unanimously affirmed, with costs. The court makes finding No. 19½, that the defendants, in January, 1914, and thereafter, had reason to believe, and were chargeable with knowledge, that anthrax germs were being discharged from the tannery into the creek through the sewer. H. T. Kellogg, J., not sitting.

PETER DAVEY, Appellant, v. STATE OF NEW YORK, Respondent.— Judgment unanimously affirmed.

MICHAEL J. DALEY, JR., Respondent, v. BOSTON AND MAINE RAILROAD, Appellant.— Judgment and order unanimously affirmed, with costs.

MORRIS EHRLICH, Appellant, v. OLIVER C. SMITH, Respondent.— Judgment and order unanimously affirmed, with costs.

MARIA HOLMES, Appellant, v. THE SARATOGA COUNTY AGRICULTURAL SOCIETY, Respondent.— Judgment unanimously affirmed, with costs. H. T. Kellogg, J., not sitting.